IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES TWAIN BRANDE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | 1:21CV48 |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on August 24, 2022, was served on the parties in this action. (ECF Nos. 16, 17). Plaintiff filed objections to the Magistrate Judge's Recommendation, (ECF No. 18).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion to Reverse the decision of the Commissioner, (ECF No. 11), is DENIED, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 13), is GRANTED, and that this action is DISMISSED with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 22nd day of September 2022.

/s/ Loretta C. Biggs
United States District Judge